IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USA SPORTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1598 |
| | § | |
| | § | |
| SECONDARY SOURCING | § | |
| INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiffs filed an unopposed motion for continuance of the scheduling conference, (Docket Entry No. 6 ). The motion is granted. The initial pretrial and scheduling conference is reset to **November 3, 2010, at 8:30 a.m.** The joint discovery case management plan is due by October 22, 2010.

SIGNED on September 15, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge