IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USA SPORTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1598 |
| | § | |
| SECONDARY SOURCING | § | |
| INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff's Motion to Continue Scheduling Conference is granted.  (Docket Entry No. 11).  The conference set for January 28, 2011 is cancelled.  It is reset to **April 22, 2011, at 8:30 a.m.** in Courtroom 11-B.  The joint discovery case management plan is due on **April 8, 2011**.

SIGNED on January 19, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge