**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| USA SPORTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1598 |
| | § | |
| SECONDARY SOURCING INTERNATIONAL, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff's motion to continue the scheduling conference is granted. (Docket Entry No. 14). It is reset to **June 24, 2011, at 9:30 a.m.** in Courtroom 11-B. The joint discovery case management plan is due by **June 10, 2011**.

SIGNED on May 6, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge